Medina, Recurrente, v. El Registrador de Caguas, Recurrido.

Recurso gubernativo contra nota del Registrador de Caguas por defectos subsanables en inscripción de declaratoria de herederos.

No. 263.—Resuelto en febrero 18, 1916.

Inscripción de Títulos—Circunstancias Personales—Falta de Consignarse en los Títulos—Defecto Subsanable.—De acuerdo con los artículos 9, No. 6, de la Ley Hipotecaria, y 63, regla 9, del reglamento para su ejecución, los registradores deberán expresar en la inscripción, según conste de los títulos presentados, el nombre y apellido, edad, estado, profesión y domicilio de la persona de quien proceden inmediatamente los bienes, circunstancias que sirven para identificarla, y la falta de consignarse en los títulos tales circunstancias constituye defecto subsanable.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Andrés Mena.*

El registrador recurrido Sr. Emigdio S. Ginorio compareció en nombre propio.

El Juez Asociado Sr. Aldrey emitió la opinión del tribunal.

Al inscribir el registrador recurrido la declaratoria de herederos que con otro documento le presentó el recurrente hizo constar en la inscripción, según nota puesta al pie de la declaratoria de herederos, dos defectos subsanables siendo el primero, único contra el cual se recurre, que en los documentos presentados no se expresa el estado civil y demás circunstancias personales del causante.

Según el artículo 9, número 6°. de la Ley Hipotecaria, toda inscripción que se haga en el registro expresará, entre otras circunstancias, el nombre y apellido de la persona, corporación o persona jurídica de quien inmediatamente procedan los bienes o derechos reales que deban inscribirse; y al establecer el artículo 63 de su Reglamento la manera de llevar a cumplimiento ese precepto dispuso en su regla 9ª. que los nombres que deban consignarse en la inscripción se expresarán según consten del título y que al nombre se añadirá la edad, estado, profesión y el domicilio.

Este precepto es claro y de acuerdo con él deberá el registrador hacer constar en la inscripción esas circunstancias de la persona de quien proceden los bienes, las que sirven para identificarla, y como no constan de los documentos que se le presentaron procedió correctamente al consignar esa falta como subsanable. *Hernández* v. *El Registrador,* 12 D. P. R. 130, y Resoluciones de la Dirección de los Registros de España de 21 de julio de 1863, 19 de abril de 1890. El caso de *Pereira* v. *El Registrador,* 20 D. P. R. 62 que el recurrente cita en apoyo de su recurso no guarda relación con el presente porque entonces la cuestión fué respecto al título de adquisición de la persona que trasmitía el derecho, y el defecto estaba subsanado en otro documento acompañado con el título.

Debe confirmarse la nota recurrida.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Hutchison.

El Juez Asociado Sr. del Toro no intervino en la resolución de este recurso.